# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION
### AT LEXINGTON

| | |
|---|---|
| **DOMINIQUE NATHANIEL SANFORD,** | **CIVIL ACTION NO. 5:13-419-KKC** |
| **Petitioner,** | |
| **V.** | **ORDER** |
| **WARDEN DAN BOTTOMS,** | |
| **Respondent.** | |

*** *** ***

This matter is before the Court on Petitioner Dominique Nathaniel Sanford's motion to proceed *in forma pauperis* (DE 2) and motion to withdraw his pending *pro se* petition under 28 U.S.C. § 2254 (DE 5). Consistent with local practice, this matter was referred to the United States Magistrate Judge for consideration.

The Magistrate Judge filed a Report and Recommendation on January 17, 2014. (DE 6). Based on review of the record and the applicable case law, the Magistrate Judge recommended that Sanford's motion to withdraw his pending petition be granted and his motion to proceed *in forma pauperis* be denied as moot. Although this Court would typically exercise *de novo* review of the portions of the Report and Recommendation to which objections are made, *see* 28 U.S.C. § 686(b)(1)(C), Sanford did not file any objections.

Thus, having reviewed the Report and Recommendation, this Court adopts the Magistrate Judge's proposed findings of fact and conclusions of law. Accordingly, **IT IS ORDERED** that

1. The Magistrate Judge's Report and Recommendation (DE 6) is **ADOPTED** as and for the opinion of the Court;

2. Sanford's motion to withdraw his pending *pro se* petition (DE 5) is **GRANTED**;

3. Sanford's motion to proceed *in forma pauperis* (DE 2) is **DENIED AS MOOT**; and

4. This is matter is **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from this Court's active docket.

Dated this 24th day of March, 2014.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY